# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0034.  WOODRUFF v. WOODRUFF.**

Michael Shane Woodruff (M. Woodruff) filed a pro se emergency motion in this Court pursuant to Court of Appeals Rule 40 (b) related to a pending civil action in the Superior Court of Lowndes County styled as Robyn R. Woodruff v. Michael Shane Woodruff, Civil Action File No. 2015-CVD-2096.  The emergency motion requests that this Court set aside a January 22, 2018 order entered by the Superior Court scheduling the civil action for a bench trial on February 27 and 28, 2018 on the basis that M. Woodruff was not served with a copy of the order as a part of a scheme to hold the trial without him being present or without giving him adequate time to prepare.  The motion also alleges that M. Woodruff has filed a federal lawsuit against the judge who signed the scheduling order to address "constitutional violations," and requests that this Court stay the Superior Court civil action until the federal court rules.

Under Rule 40 (b), this Court may exercise its inherent power to "issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Because we find no basis for an order pursuant to Rule 40 (b), the emergency motion is DENIED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  02/26/2018
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*